PASQUALE ROMANO, APPELLANT, v. HOUSING AUTHORITY OF THE CITY OF NEWARK, RESPONDENT.

Submitted February 16, 1940—Decided April 18, 1940.

For the appellant, *Kanter & Kanter* (*Elias A. Kanter*).

For the respondent, *Milton R. Konvitz* and *Frank H. Sommer*.

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—The Chief Justice, Case, Donges, Heher, Porter, Dear, Wells, WolfsKeil, Rafferty, Hague, JJ. 10.

*For reversal*—None.